PS 8
(pawp 1/2005)

# UNITED STATES DISTRICT COURT

for

Western District Of Pennsylvania

U.S.A. vs. David Figueroa            Docket No.    0315 2:08CR00273-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of defendant David Figueroa, who was placed under pretrial release supervision by the Honorable Lisa Pupo Lenihan sitting in the COURT at Pittsburgh, PA, on the 1st day of August, 2008, under the following conditions:

1. Report to Pretrial Services as directed.
2. The defendant is to surrender/ not to obtain a passport.
3. The defendant's travel is restricted to the Western and Eastern Districts of Pennsylvania.
4. The defendant is to avoid all contact with any persons who are or may become a victim or potential witness in the investigation.
5. The defendant is to refrain from possessing a firearm, destructive device, or other dangerous weapons.
6. The defendant is not to possess a controlled substance.
7. The defendant is placed on home detention with electronic monitoring.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
On November 8, 2008, the defendant left his residence without permission while on home detention with electronic monitoring and was subsequently arrested on new charges: Resisting Arrest and Endangering the Welfare of a Child.

PRAYING THAT THE COURT WILL ORDER that a warrant be issued and lodged as a detainer, and that the defendant be detained pending a bond revocation hearing before this Court.

ORDER OF COURT

Considered and ordered this 10th day of Nov, 2008, and ordered filed and made a part of the records in the above case.

_____
Honorable Gary L. Lancaster
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    November 10, 2008

_____
Gregory Wilson
U.S. Pretrial Services/Probation Officer

_____
Elaine M. Johnston
Supervising U.S. Pretrial Services/Probation Officer

Place      Pittsburgh, PA