IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 08-273 |
| | ) |
| DAVID FIGUEROA, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 14th day of July, 2009, the Court having been advised that the above defendant wishes to change her plea of not guilty, entered August 1, 2008, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Friday, July 17, 2009 at 10:30 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster            ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Gregory J. Nescott,
    Assistant United States Attorney

    W. Penn Hackney,
    Assistant Federal Public Defender

    U.S. Marshal

    U.S. Pretrial Services

    U.S. Probation